No. 81–5174.   ROOKS *v.* UNITED STATES.   C. A. 8th Cir. Certiorari denied.

No. 81–5251.   MINOR *v.* UNITED STATES.   C. A. 6th Cir. Certiorari denied. ▮

No. 81–5254.   JACKSON *v.* UNITED STATES.   C. A. 2d Cir.   Certiorari denied. ▮

No. 81–5309.   EDWARDS *v.* GARRISON.   C. A. 4th Cir. Certiorari denied. ▮

No. 81–5310.   JACKSON *v.* UNITED STATES.   C. A. 8th Cir.   Certiorari denied. ▮

No. 81–5442.   VETETO *v.* UNITED STATES.   C. A. 5th Cir.   Certiorari denied. ▮

No. 81–5453.   BUCHANAN *v.* SOWDERS, SUPERINTENDENT, KENTUCKY STATE PENITENTIARY.   C. A. 6th Cir. Certiorari denied. ▮

No. 81–5457.   PADILLA *v.* FLORIDA.   Dist. Ct. App. Fla., 3d Dist.   Certiorari denied. ▮

No. 81–5459.   WILDER *v.* ALABAMA.   Ct. Crim. App. Ala.   Certiorari denied. ▮

No. 81–5463.   PEREA *v.* UNITED STATES.   C. A. 10th Cir.   Certiorari denied.

No. 81–5464.   LEPAGE *v.* IDAHO.   Sup. Ct. Idaho.   Certiorari denied. ▮

No. 81–5465.   LEE *v.* UTAH.   Sup. Ct. Utah.   Certiorari denied. ▮

No. 81–5469.   ZATKO *v.* UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK.   C. A. 2d Cir. Certiorari denied.